UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-pt-22 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| ENOS D. BUTRICK, | |
| Defendant. | |

**ORDER OF DETENTION**

Defendant Enos D. Butrick appeared before the undersigned on February 21, 2023 for an initial appearance on a petition for violating conditions of his supervised release. Butrick was advised of his rights, the violations, and penalties.

Defendant waived a hearing on detention as well as a preliminary hearing on the record.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:   February 22, 2023           /s/ *Maarten Vermaat*
                                    MAARTEN VERMAAT
                                    U.S. MAGISTRATE JUDGE